**THE ENDRES LAW FIRM**
**DAVID R. ENDRES, A.P.C. (SBN 123564)**
**ERIC G. FERNANDEZ, ESQ. (SBN 269684)**
**NOAH M. BEAN, ESQ. (SBN 257657)**
**2121  2ND STREET, SUITE C105**
**DAVIS, CA 95618**
**TELEPHONE: 530-750-3700**
**FACSIMILE: 530-750-3366**

JS - 6

Attorneys for Defendant
LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1

### UNITED STATED DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SERRANO, | Case No.: 10-CV-07581R(CWx) |
| Plaintiff, | **ORDER REGARDING DEFENDANT LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| LSFS MERCURY REO INVESTMENTS TRUST; AND ANY AND ALL WHO SEEK ANY TITLE, RIGHTS, AND INTEREST IN THE REAL PROPERTY COMMONLY DESCRIBED AS 14837 FLANNER STREET, LA PUENTE, CALIFORNIA 91744; APN 8212-025-007, and DOES 1 THROUGH 100 inclusive, | Date: January 3, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Manuel L. Real<br><br>Complaint Filed: July 30, 2010<br>Complaint Removed: October 12, 2010 |
| Defendants. | Trial Date: None |

The motion by Defendant LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1 ("LSF6"), erroneously sued herein as LSFS MERCURY REO INVESTMENTS TRUST, to dismiss the Complaint filed by Plaintiff FRANCISCO SERRANO ("Plaintiff") was heard in Courtroom 8 of the above-mentioned Court on January 3, 2011.  Attorney Ethel Bennett appeared on behalf of LSF6.  There was no appearance by or on behalf of Plaintiff.  No other appearances were made.

Pursuant to the Court's authority under the Federal Rules of Civil Procedure, Rule 12(h)(3), the action is hereby dismissed with prejudice for lack of subject-matter jurisdiction.  As the Court stated on the record, there is already a judgment in the related unlawful detainer action in state court,

//

1  which precludes Plaintiff from bringing the instant action.  As a result of the dismissal, Defendant's
2  motion to dismiss is hereby rendered moot.

4        IT IS SO ORDERED:

6  DATED: _JAN. 19, 2011_            _____
7                                             Hon. Manuel L. Real
                                              United States Magistrate Judge